United States Courts
Southern District of Texas
FILED

*August 20, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § | Criminal No. **4:25-cr-00437** |
| **RONALD ALBERTO RIVAS-AGUILAR** § **aka Ronald Alberto Rivas** § § | |
| **Defendant.** | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## Count One

On or about July 20, 2025, in the Houston Division of the Southern District of Texas,

**RONALD ALBERTO RIVAS-AGUILAR
aka Ronald Alberto Rivas**

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, after having been convicted of a felony offense, knowingly and unlawfully was present in the United States when found in Angleton, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

By: *Lauren M. Valenti*
LAUREN M. VALENTI
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9000 Phone
(713) 718-3300 Fax